```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 06248
   MARY L JENKINS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-6625

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 03/17/2008 and was not confirmed.

   The case was dismissed without confirmation 04/23/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
HSBC BANK USA             NOTICE ONLY    NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       8836.81           .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG       .00           .00           .00
CHASE HOME FINANCE LLC    SECURED NOT I  30797.01           .00           .00
*RONALD B LORSCH          DEBTOR ATTY        .00                          .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------       --------------
TOTALS                        .00                  .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```